PER CURIAM.

(No. 74-CC-16—Claimant )

DEAN EVANS CO., Claimant, *vs.* STATE OF ILLINOIS, ENVIRONMENTAL PROTECTION AGENCY, Respondent.

*Opinion filed December 26, 1973.*

DEAN EVANS CO., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.